**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Criminal No. 1:07–cr–01060 |
| | § | |
| Jose Armando Ruiz–Jaramillo | § | |

## NOTICE REGARDING EXHIBITS

The offering party must take possession of the exhibits submitted into evidence in this case by **August 17, 2018**. If the exhibits are not retrieved by the deadline, they will be destroyed without further notice, and the expenses incurred will be taxed against the offering party. *See* LR 79.2 and CrLR 55.2.C.

<u>Description of Exhibits:</u>

Government's Sentencing Exhibit 1. Defendant's Sentencing Exhibit 1

If you have questions regarding the status of these exhibits, contact the Clerk's Office at (956) 548–2500.

Date: August 2, 2018

By: <u>Stella Cavazos</u>
Deputy Clerk