IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CRIMINAL NO. 1:07-CR-1060 |
| JOSE ARMANDO RUIZ-JARAMILLO | § | |

## RECEIPT FOR WITHDRAWAL OF EXHIBIT(S)

Exhibit(s) appearing on the Notice Regarding Exhibits entered on 8/2/2018 have been received by Omar Luna, representative of Federal Public Defender.

Date: August 2, 2018

_____
Signature