UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Criminal Case 1:07–cr–01060 |
| | § | |
| Jose Armando Ruiz–Jaramillo | § | |

NOTICE OF DESTRUCTION OF EXHIBITS

The attorneys were notified on 8/2/2018 that they must take possession of exhibits by 8/17/2018 or they would be destroyed without further notice.

The exhibits described on the Notice Regarding Exhibits have been destroyed.

Date: August 30, 2018

By: Stella Cavazos
Deputy Clerk